AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) Case No. 21-CR- 10323 |
| TED ALLEN THERRIEN | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  TED ALLEN THERRIEN                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

Date:   10/28/2021                          /s/ Thomas F. Quinn
                                            *Issuing officer's signature*

City and state:   Boston, MA                Thomas F. Quinn  Deputy Clerk
                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                    _____ |
|                                                   *Arresting officer's signature* |
|                                                   _____ |
|                                                   *Printed name and title* |